NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GEORGE McDANIEL, as Personal          )
Representative of the Estate of       )
STEVEN PATRICK McDANIEL,              )
deceased, and on behalf of H.P.M., a  )
minor, and K.L.M., a minor,           )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D18-4128
                                      )
SUPER DISCOUNT PHARMACY, LLC,         )
                                      )
          Appellee.                   )
_____)

Opinion filed September 25, 2020.

Appeal from the Circuit Court for
Hillsborough County; Elizabeth G. Rice,
Judge.

Carlos R. Diez Arguelles and Maria D.
Tejedor of Diez Arguelles & Tejedor,
Orlando; Mark R. Berlick of Bolin Law
Group, Tampa; and Wendy S. Loquasto and
Susan W. Fox of Fox & Loquasto,
LLC, Tallahassee, for Appellant.

Thomas A. Valdez and Todd M. Smayda of
Quintairos, Prieto, Wood & Boyer, P.A.,
Tampa, for Appellee Super Discount
Pharmacy.

PER CURIAM.

Affirmed.

LaROSE and BLACK, JJ., and CASE, JAMES, R., ASSOCIATE SENIOR JUDGE, Concur.